UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MILSI SIRI, *on behalf of herself, FLSA Collective Plaintiffs, and the Class*,<br><br>                              Plaintiff,<br>   -against-<br><br>NORTH AMERICAN PACKAGING, LLC,<br>     d/b/a ECONO-PAK,<br>COSMPOLITAN STAFFING SERVICES, LLC<br>and PAUL A.S. WIEBEL JR.,<br>     a/k/a PJ WIEBEL,<br>                              Defendants | Case No.: 2:25-cv-01186 |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF CLASS REPRESENTATIVE'S SERVICE AWARD**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Class Representative's Service Award and in the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representative's Service Award, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order granting service award of $40,000 and release payment of $10,000 to Plaintiff Milsi Siri, to be paid from the Settlement Fund, in recognition of the services she rendered on behalf of the class and for dismissing her EEOC/PHRC claims and providing a general release to Defendant Econo-Pak, pursuant to the terms of the Parties' Settlement Agreement.

Dated: New York, New York
       December 23, 2025            Respectfully submitted,

                                    **LEE LITIGATION GROUP, PLLC**

                          By:    */s/ C.K. Lee*
                                    C.K. Lee, Esq. (CL 4086)
                                    Anne Seelig, Esq. (AS 3976)
                                    148 West 24th Street, Eighth Floor

New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*

2