UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MILSI SIRI, *on behalf of herself, FLSA Collective Plaintiffs, and the Class*,<br><br>         Plaintiff,<br> -against-<br><br>NORTH AMERICAN PACKAGING, LLC,<br>  d/b/a ECONO-PAK,<br>COSMPOLITAN STAFFING SERVICES, LLC<br>and PAUL A.S. WIEBEL JR.,<br>  a/k/a PJ WIEBEL,<br>         Defendants. | Case No.: 2:25-cv-01186 |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND ADMINISTRATION FEES**

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Costs and Expenses, and Administration Fees and (iii) Unopposed Motion for Approval of Class Representative's Service Award, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order: (1) awarding Class Counsel one third of the Gross Settlement Fund established by Defendants in the amount of $416,666.67, to cover attorneys' fees, plus reimbursement of costs and expenses in the amount of $4,253.87, to be paid from the Settlement Fund; and (2) awarding Advanced Litigation Strategies, LLC, as Settlement Administrator, administration fees of $150,000, to be paid from the Settlement Fund.

Dated: New York, New York
   December 23, 2025       Respectfully submitted,
                 **LEE LITIGATION GROUP, PLLC**

                 By: */s/ C.K. Lee*
                 C.K. Lee, Esq. (CL 4086)
                 Anne Seelig, Esq. (AS 3976)

148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*