IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MILSI SIRI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NORTH AMERICAN PACKAGING, LLC, *et al.* | : | NO. 25-1186 |

## ORDER

**AND NOW**, this 14th day of January 2026, upon consideration of the Notice of Plaintiff's Unopposed Motion for Certification (Document No. 56), it is hereby **ORDERED** that Plaintiff's attorney shall promptly file a motion for *pro hac vice* admission, because her Declaration (Document No. 56-3) does not state that she is admitted to the bar of this court.

**IT IS SO ORDERED**.

BY THE COURT:

  */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge